IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY 11 PM 2:56

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

EZINE D. ANDERSON,

    Plaintiff,

VS.                            NO. 04-2418-Ma/V

SCHNUCK MARKETS, INC.,

    Defendant.

ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

    Before the court is the May 10, 2005, motion for admission *pro hac vice* of Brian N. Brink. Mr. Brink is a member in good standing of the bar of the State of Missouri and the State of Illinois and is admitted to practice before the Missouri Supreme Court, the United States District Court for the Eastern District of Missouri, and the United States Supreme Court. Mr. Brink has obtained and is familiar with the local rules and professional guidelines of this court.

    For good cause shown, the motion is granted and Brian N. Brink is admitted to participate in this action as counsel for defendant Schnuck Markets, Inc.

    It is so ORDERED this 11th day of May, 2005.

                                       SAMUEL H. MAYS, JR.
                                       UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 41 in case 2:04-CV-02418 was distributed by fax, mail, or direct printing on May 16, 2005 to the parties listed.

---

Bruce S. Kramer
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Elaine Sheng
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Danese K. Banks
COCHRAN CHERRY GIVENS SMITH & BOLTON
One Commerce Square
Ste. 2600
Memphis, TN 38103

David E. Goodman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Samuel L. Crain
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Julian Taylor Bolton
THE COCHRAN LAW FIRM
One Commerce Square
26th Floor
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT