IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

FILED BY ___ D.C.

05 AUG 11 AM 9: 18

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

EZINE D. ANDERSON,

    Plaintiff,

v.

SCHNUCK MARKETS INC.,

    Defendant.

CIVIL ACTION NO. 04-2418 Ma V
JURY DEMANDED

### ORDER TO FILE AMENDED COMPLAINT

For all reasons stated in Plaintiff's Motion To Amend Complaint, and for good cause shown, Plaintiff's Motion shall be granted;

IT IS, THEREFORE, ORDERED that Plaintiff shall be allowed to file an Amended Complaint in this cause to increase amount of damages prayed for in the original Complaint.

_____
UNITED STATES MAGISTRATE JUDGE

Date: August 9, 2005

{L:\WDOX\BKClient\10257\001\pld\00005259. This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _8-15-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 52 in case 2:04-CV-02418 was distributed by fax, mail, or direct printing on August 15, 2005 to the parties listed.

---

Elaine Sheng
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Bruce S. Kramer
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

David E. Goodman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Samuel L. Crain
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Julian Taylor Bolton
THE COCHRAN LAW FIRM
One Commerce Square
26th Floor
Memphis, TN 38103

Danese K. Banks
COCHRAN CHERRY GIVENS SMITH & BOLTON
One Commerce Square
Ste. 2600
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT