IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.
05 AUG 19 PM 3: 35
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

ENZINE D. ANDERSON,

    Plaintiff,

VS.                      NO. 04-2418-MaV

SCHNUCK MARKETS, INC.,

    Defendant.

ORDER AMENDING SCHEDULE

Pursuant to the June 22, 2005, joint motion filed by the parties to set new deadlines in this matter, the court held a status conference on July 19, 2005. Attending on behalf of the plaintiff were Danese Banks and Elaine Sheng. Participating on behalf of the defendant were Sam Crain and Brian Brink. For good cause shown, the court grants the motion and amends the scheduling order as follows:

1. The deadline for completing fact discovery is September 15, 2005.

2. Plaintiff's expert disclosures deadline is October 4, 2005.

3. Defendant's expert disclosures deadline is November 4, 2005.

4. The deadline for completing depositions is December 22, 2005.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-23-05



5. The deadline for completing all discovery is December 22, 2005.

6. The deadline for filing potentially dispositive motions is January 31, 2006. Responses are due February 28, 2006.

7. The parties will submit a proposed joint pretrial order by 5:00 p.m. on April 7, 2006.

8. A pretrial conference will be held on Friday, April 14, 2006, at 11:00 a.m.

9. The jury trial is **reset** to **Monday, April 24, 2006, at 9:30 a.m.** and is expected to last 5 to 7 days.

The parties will seek mediation before September 30, 2005. Absent good cause, the amended schedule set by this order will not be modified or extended.

So ORDERED this 18th day of August, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 54 in case 2:04-CV-02418 was distributed by fax, mail, or direct printing on August 23, 2005 to the parties listed.

---

Elaine Sheng
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Samuel L. Crain
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Julian Taylor Bolton
THE COCHRAN LAW FIRM
One Commerce Square
26th Floor
Memphis, TN 38103

Danese K. Banks
COCHRAN CHERRY GIVENS SMITH & BOLTON
One Commerce Square
Ste. 2600
Memphis, TN 38103

Bruce S. Kramer
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

David E. Goodman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT