IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ㄫC D.C.

05 NOV -8 PM 4:50

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

EZINE D. ANDERSON,

    Plaintiff,

VS.                                NO. 04-2418-MaV

SCHNUCK MARKETS, INC.,

    Defendant.

ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

Before the court are two November 1, 2005, motions for admission *pro hac vice* of John J. Doody and Alan Kaminsky. Mr. Doody is a member in good standing of the bars of the states of New York and Connecticut and is admitted to practice before the United States District Courts for the Southern and Eastern Districts of New York, and the United States Court of Appeals for the Second Circuit. Mr. Kaminsky is a member in good standing of the bars of the states of New York and New Jersey and is admitted to practice before the United States District Courts for the Southern and Eastern Districts of New York. Mr. Doody and Mr. Kaminsky have obtained and are familiar with the local rules and professional guidelines of this court. For good cause shown, the

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-14-05

69

motions are granted and John J. Doody and Alan Kaminsky are admitted to participate in this action as counsel for defendant.

It is so ORDERED this 8th day of November, 2005.

                                            SAMUEL H. MAYS, JR.
                                            UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 69 in case 2:04-CV-02418 was distributed by fax, mail, or direct printing on November 14, 2005 to the parties listed.

---

Elaine Sheng
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Danese K. Banks
COCHRAN CHERRY GIVENS SMITH & BOLTON
One Commerce Square
Ste. 2600
Memphis, TN 38103

Samuel L. Crain
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Julian Taylor Bolton
THE COCHRAN LAW FIRM
One Commerce Square
26th Floor
Memphis, TN 38103

Jock M. Smith
THE COCHRAN FIRM
One Commerce Square
26th Floor
Memphis, TN 38103

Bruce S. Kramer
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

David E. Goodman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Alan Kaminsky
Lewis Brisbois Bisgaard & Smith LLP
199 Water Street
New York, NY 10038

John J. Doody
Lewis Brisbois & Smith LLP
Water Street
New York, NY 10038

Honorable Samuel Mays
US DISTRICT COURT