FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 NOV 22  AM 7: 13

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

EZINE D. ANDERSON,

    Plaintiff,

V.

    NO. 04-2418-MaV

SCHNUCK MARKETS, INC.,

    Defendant.

---

### ORDER GRANTING PERMISSION TO FILE REPLY

Before the court is defendant's November 2, 2005, motion to file a reply in further support of its motion for bifurcated trial. For good cause shown, the motion to file reply is granted and the reply is filed concurrently with this order.

It is so ORDERED this 18th day of November, 2005.

                  SAMUEL H. MAYS, JR.
                  UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 72 in case 2:04-CV-02418 was distributed by fax, mail, or direct printing on November 23, 2005 to the parties listed.

---

David E. Goodman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Danese K. Banks
COCHRAN CHERRY GIVENS SMITH & BOLTON
One Commerce Square
Ste. 2600
Memphis, TN 38103

Julian Taylor Bolton
THE COCHRAN LAW FIRM
One Commerce Square
26th Floor
Memphis, TN 38103

John J. Doody
LEWIS BRISBOIS BISGAARD & SMITH LLP
199 Water Street
New York, NY 10038

Jock M. Smith
THE COCHRAN FIRM
One Commerce Square
26th Floor
Memphis, TN 38103

Elaine Sheng
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Samuel L. Crain
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Bruce S. Kramer
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Alan Kaminsky
LEWIS BRISBOIS BISGAARD & SMITH LLP
199 Water Street
New York, NY 10038

Honorable Samuel Mays
US DISTRICT COURT